_____

No. 96-3175
_____

Joseph C. Keller,                    *
                                     *
          Appellant,                 *
                                     *  Appeal from the United States
     v.                              *  District Court for the
                                     *  Eastern District of Missouri.
William Clinton, President of        *
the United States,                   *       [UNPUBLISHED]
                                     *
          Appellee.                  *

_____

               Submitted:  February 3, 1997

                   Filed:  February 10, 1997
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Joseph C. Keller appeals the district court's[1] Federal Rule of Civil
Procedure 12(b)(1) dismissal of his action for lack of subject matter
jurisdiction.  Having carefully reviewed the record and the parties'
submissions, we conclude that the district court's judgment was clearly
correct and that an extended discussion is not warranted.  Accordingly, we
affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Carol E. Jackson, United States District Judge
for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.